UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASPEN AMERICAN INSURANCE COMPANY,

    Plaintiff,

v.   Case No: 8:20-cv-1037-T-36TGW

DOYCE PRICE and LAWANDA PRICE,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 5). In accord with Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    Plaintiff's Notice of Voluntary Dismissal With Prejudice is **APPROVED** (Doc. 5).

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on May 21, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record